THE STATE, CHARLES H. SIMMERMAN, PROSECUTOR, v. THE BOROUGH OF WILDWOOD.

PER CURIAM.

The ordinance brought up in this case was illegally adopted, having been altered in substance at the very meeting at which it was passed, in contravention of section 14 of the Borough act of 1878 (*Gen. Stat., p.* 182), and must be set aside.

The prosecutor is entitled to costs, not including the expense of taking or printing testimony.